U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG - 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 2:04 CR 20152** |
| **VS.** | : | **JUDGE MINALDI** |
| **MELCHISDECH J. GREEN** | : | **MAGISTRATE JUDGE WILSON** |

### ORDER

IT IS ORDERED that the Motion for Extension of Time [doc.50][1] pursuant to Fed.R.Crim.P. 45 IS DENIED.

Lake Charles, Louisiana, this ___ day of _____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Docketed as a "Motion for Reconsideration" of the Motion for Extension of Time filed on May 29, 2007 [doc. 48]. The Order [doc. 49] provided detailed reasons for the denial of the original motion and those reasons have not changed.