UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES | * | CIVIL ACTION NO. 2:04-CR-20152 |
| --- | --- | --- |
| v. | * | |
| | * | JUDGE WALTER |
| MELCHISDECH GREEN | * | |
| B.O.P. # 12581-035 | * | |
| | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

Before the Court is the Report and Recommendation (Rec. Doc. 70) of the Magistrate Judge previously filed herein, recommending denial of Defendant Melchisdech Green's ("Green") Motion to Reduce Sentence. After an independent review of the record, a review of the defendant's objections (Rec. Doc. 71); and a *de novo* determination of the issues, the Court determines that the findings are correct under applicable law and will adopt the Report and Recommendation.

Green objects that the Magistrate Judge construed his letter as a motion, and further objects that the letter was directed to the District Court Judge and not the Magistrate Judge. Rec. Doc. 71. A motion is defined as "[a] written or oral application requesting a court to make a specified ruling or order." Motion, BLACK'S LAW DICTIONARY (10th ed. 2014). Green requests that the Court reduce his sentence. Rec. Doc. 69, p. 1. Therefore, Green's letter is properly construed as a motion. Pursuant to 28 U.S.C. § 636(b), a district court judge may refer an application for post-trial relief to a magistrate judge for report and recommendation. Thus, Green's objections are meritless. Accordingly,

1

**IT IS ORDERED** that Green's Motion to Reduce Sentence (Rec. Doc. 69) is hereby **DENIED** and the claim raised therein is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13th day of December, 2017.

*/s/ Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE